# NICAUD & SUNSERI LAW FIRM, L.L.C.

A Group of Professional Law Corporations
www.nslawla.com
jdsunseri@nslawla.com

**Please Reply To:**
3000 18th Street
Metairie, LA 70002
Telephone (504) 837-1304
Fax (504) 833-2843

7020 Hwy 190 W., Suite A
Covington, LA 70433
Telephone (985) 624-9697
Fax (985) 624-9698

*Albert J. Nicaud\**
*J. Douglas Sunseri*
*Michelle Demarest Sunseri*
*(\*A Professional Law Corporation)*

*Svetlana "Lana" Crouch*
*Jeffery M. Siemssen*
*Richard J. Wolff*
*Will C. Griffin*

January 25, 2019

Clerk of Court
Parish of East Baton Rouge
P O Box 1991
Baton Rouge, LA 70821

RE:  *National Pension Corporation, LLC v.*
     *Horter Investment Management, LLC*
     Petition for Damages
     Our File No.:  1543-19-5252

Dear Clerk:

Enclosed herewith please find original and two (2) copies of Petition for Damages. Please file the original and return citation and true copy of petition for service on defendant via Louisiana Long Arm Service. A self-addressed stamped envelope is enclosed for your convenience. Also, enclosed please find our firm's check in the amount of $480.00 for filing costs.

Thank you for your assistance in this matter.

Sincerely,

J. DOUGLAS SUNSERI

JDS:pdm
Enclosures

Exhibit 2



Certified True and Correct Copy
CertID: 2019032500968

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/25/2019 3:47 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Feb 04, 2019 8:29 AM
Deputy Clerk of Court
C-679191
25

**19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

NO. **679191**                                                         DIVISION " **25** "

**NATIONAL PENSION CORPORATION, LLC**

**VERSUS**

**HORTER INVESTMENT MANAGEMENT, LLC**

FILED: _____          _____
                                                                **DEPUTY CLERK**

**PETITION FOR DAMAGES**

The petition of NATIONAL PENSION CORPORATION, LLC ("NPC"), a Louisiana limited liability company authorized to do business in the State of Louisiana, appearing through its undersigned counsel, respectfully represents:

1.

Made defendant, HORTER INVESTMENT MANAGEMENT, LLC ("HIM"), a professional investment corporation, a domestic professional corporation authorized to do business in this parish and state.

2.

Subject Matter Jurisdiction and venue is proper as the tort and violations occurred in East Baton Rouge Parish.

3.

At all times relevant, NPC was a seller of online video training for applying the provisions in ERISA Law in connection with 401k plans and/or IRAs in Qualified Domestic Relations Orders (QDRO) for estate planning purposed.

4.

Specifically, HIM was interested in the concept taught by NPC via video on-line and self-generated materials pertaining to 401K and IRA rollovers without triggering a 10% penalty. Specifically, NPC provides training and consultation services referring to techniques 401K and/or

Certified True and Correct Copy
CertID: 2019032500967

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/25/2019 3:46 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

IRA can be "rolled over" during employment without triggering the statutory 10% penalty. NPC provides said training and consulting services with the ability to continue employer matches "in service alternate roll over" or " ISAR."

5.

During negotiations, HIM specifically demanded an exclusive arrangement whereby HIM would have the exclusive right to market and promote and sell NPC's ISAR training and materials. NPC and HIM agreed to enter into an exclusive arrangement to conduct training and marketing agreement. HIM agreed to pay NPC $1,500.00 per trainee for ISAR training. The fee would be paid by the applicable trainee through NPC's training website. In connection with said compensation, HIM committed to purchase no less than $100,000.00 of ISAR training by June 30, 2018.

6.

Further, as per Paragraph 3 of the Training and Marketing Agreement, HIM committed to the following financial commitment to NPS:

> HIM commits to purchase or otherwise refer trainees that purchase no less than One Hundred Thousand Dollars ($100,000) of ISAR training by June 30, 2018 ("Commitment Level"). This results in a Commitment Level of 67 training sessions credited at $1,500.00 per session. Should the Commitment Level not be reached, (and subject to those other conditions set forth in this Agreement), HIM shall pay NPC an amount equal to the difference in the Commitment Level and the total fees invoice by NPC, ("the Shortfall Payment").

7.

After execution of the Training and Marketing Agreement, NPC had conducted 24 training sessions for a total of $35,500.00. However, HIM has refused to continue with the training sessions. NPC attempted to discuss with HIM the discontinuance. However, it was to no avail. Further, HIM retained the ISAR training PDF materials presumably for its own internal purposes or possibly for a commercial exploitation.

8.

NPC agreed to the exclusivity provisions of the Training and Marketing Agreement. Accordingly, NPC was secluded from marketing its training and consulting services to third parties.

-2-

Certified True and Correct Copy
CertID: 2019032500967

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/25/2019 3:46 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

9.

Plaintiff submitted a demand to HIM for payment of the Commitment Level pursuant to Paragraph 3 of the Training and Marketing Agreement totaling $64,500.00 ($100,000.00 - $34,500.00). However, NPC's demand to HIM was to no avail.

10.

Based on information and belief, HIM had no intention of honoring shortfall payment of the Commitment Level totaling $64,500.00 for the ISAR training and the materials and HIM are improperly registered investment advisors.

11.

Upon information and belief, HIM knowingly and intentionally induced NPC in a deceptive manner into entering into the Training and Marketing Agreement with no intention of adhering and complying with said Agreement particularly, payment of the Commitment Level. Based upon information and belief, HIM baited NPC to enter into the Agreement and then utilized the on-line video and NPC generated materials to exploit within their company and/or commercial purposes.

12.

The actions of HIM as set forth above, deprive NPC of all manner of federal and state rights and benefits and thereby requiring Plaintiff to suffer damages, and is violation of the Louisiana Unfair Trade Practices Act LSA-R.S. 51:1401 et seq ("LUTPA").

13.

NPC provides services that constitute "trade of commerce" under LUTPA and HIM's deceptive actions constitute an unconscionable act or practice and/or deceptive act or practice in the conduct of trade or commerce in violation of LUTPA.

14.

As a result of HIM's actions and misrepresentations as set forth herein, NPC has suffered substantial damages and loss of the proprietary rights. Pursuant to LUTPA, NPC is entitled to actual damages, attorney's fees and costs.

-3-

Certified True and Correct Copy
CertID: 2019032500967

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/25/2019 3:46 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

15.

Said deceptive actions have directly and indirectly cost NPC loss of business opportunity and revenue, as well as a loss of its business reputation by not honoring an Agreement whereby NPC was to provide exclusive services to HIM. NPC has lost opportunities to market its services to 3rd parties by entering in an exclusive Agreement which Defendant had no intention of honoring the shortfall payment of $64,500.00 pursuant to the Commitment Level and is exploiting and utilizing NPC's concepts for its internal and/or commercial purposes.

16.

Further, HIM's conduct and action toward NPC was unfair, unethical, oppressive, unscrupulous, or deceptive and unlawful and substantially injurious to NPC.

17.

The above described actions of HIM are in violation of the Uniform Trade Secrets Act - LSA-R.S. 51:1431 et seq.

18.

Defendant, HORTER INVESTMENT MANAGEMENT, LLC is liable unto NPC regarding the following causes of action:

1. Breach of Contract;
2. Tort Liability Pursuant to Article 2315;
3. Louisiana Unfair Trade Practices Act 51:1401, *et.seq.*;
4. Detrimental Reliance;
5. Negligent and/or fraudulent misrepresentation;
6. Quantum Meruit; and
7. All other causes of action as allowed by the facts plead within this petition.

19.

Plaintiff, NATIONAL PENSION CORPORATION, LLC has sustained the following damages due to the illicit and improper conduct and actions of HIM as described above:

-4-

Certified True and Correct Copy
CertID: 2019032500967

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/25/2019 3:46 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

1. Loss of income;

2. Loss of earnings, revenues and profits;

3. Damage to business reputation;

4. Damage to business relationship with Contractors, Owners and Sub-contractors;

5. Attorney's Fees; and

6. Other Damages to be Determined at Trial.

WHEREFORE, NATIONAL PENSION CORPORATION, LLC prays that Defendant, HORTER INVESTMENT MANAGEMENT, LLC be served with a copy of this Petition for Damages, and cited to appear and answer same, and that after all legal delays have elapsed and due proceedings had, there be a judgment rendered herein in favor of the Plaintiff and against Defendants, severally and in-solido, for all relief as requested within this petition, including attorney's fees and costs, as well as all just and equitable relief as allowed under law.

Respectfully submitted,

J. DOUGLAS SUNSERI (#19173)
RICHARD J. WOLFF (#32777)
**NICAUD & SUNSERI LAW FIRM, LLC**
**A Group of Professional Law Corporations**
3000 18th Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304
Facsimile: (504) 833-2843
Jdsunseri@nslawla.com
Rwolff@nslawla.com
Attorneys for Plaintiff, NATIONAL PENSION CORPORATION, LLC

**PLEASE SERVE:**

HORTER INVESTMENT MANAGEMENT, LLC
Through Long Arm Service through its authorized representative:
DREW HORTER
HORTER INVESTMENT MANAGEMENT, LLC
11726 Seven Gables Road
Cincinnati, OH 45249

-5-

Certified True and Correct Copy
CertID: 2019032500967
Doug Welborn
East Baton Rouge Parish
Clerk of Court
Generated Date: 3/25/2019 3:46 PM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH  C-679191
Filed Feb 04, 2019 8:29 AM  25
Deputy Clerk of Court

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.                                                                              DIVISION "     "

NATIONAL PENSION CORPORATION, LLC

VERSUS

HORTER INVESTMENT MANAGEMENT, LLC

FILED: _____                                    _____
                                                                                    DEPUTY CLERK

## VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

BEFORE ME, the undersigned authority, personally came and appeared:

**STEPHEN WATERS**

who, after being by me, first duly sworn, did depose and say:

That she is the petitioner in the above and foregoing Petition for Damages, and that all of the facts and allegations contained therein are true and correct to the best of her knowledge and belief.

STEPHEN WATERS

Sworn to and Subscribed before me, this _____ day of January, 2019.

J. DOUGLAS SUNSERI (#19173)
NOTARY PUBLIC

Certified True and Correct Copy
CertID: 2019032500962

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/25/2019 3:45 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH  C-679191
Filed Mar 21, 2019 9:57 AM      25
Deputy Clerk of Court

# NICAUD & SUNSERI LAW FIRM, L.L.C.
A Group of Professional Law Corporations
www.nslawla.com
jdsunseri@nslawla.com

**Please Reply To:**
3000 18th Street
Metairie, LA 70002
Telephone (504) 837-1304
Fax (504) 833-2843

7020 Hwy 190 W., Suite A
Covington, LA 70433
Telephone (985) 624-9697
Fax (985) 624-9698

*Albert J. Nicaud**
*J. Douglas Sunseri*
*Michelle Demarest Sunseri*
*(*A Professional Law Corporation)*

*Svetlana "Lana" Crouch*
*Jeffery M. Siemssen*
*Richard J. Wolff*
*Will C. Griffin*

March 19, 2019

Clerk of Court
Parish of East Baton Rouge
P O Box 1991
Baton Rouge, LA 70821

RE: *National Pension Corporation, LLC v. Horter Investment Management, LLC*
# 679191 - 25
Our File No.: 1543-19-5252

Dear Clerk:

Enclosed herewith please find original and one (1) copy of Affidavit of Long Arm Service together with Citation. Please file the originals and return court conformed copy to our office. A self-addressed stamped envelope is enclosed for your convenience.

Thank you for your assistance in this matter.

Sincerely,

J. DOUGLAS SUNSERI

JDS:pdm
Enclosures

Certified True and Correct Copy
CertID: 2019032600104

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
3/26/2019 9:23 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Mar 21, 2019 9:57 AM
Deputy Clerk of Court
C-679191
25

# 19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

NO. 679191                                                                 DIVISION 25

### NATIONAL PENSION CORPORATION, LLC

### VERSUS

### HORTER INVESTMENT MANAGEMENT, LLC

FILED: _____         _____
                                                      DEPUTY CLERK

## AFFIDAVIT OF LONG ARM SERVICE

**STATE OF LOUISIANA**
**PARISH OF JEFFERSON**

BEFORE ME, the undersigned authority, personally came and appeared:

PEGGY D. McBETH

who, after being duly sworn, did depose and say:

That she is the secretary to J. Douglas Sunseri; on or about the February 15, 2019, she placed for service a certified copy of the Citation and Petition for Damages pursuant to the Louisiana Long Arm Statute, LSA-R.S. 13:3201 § 3204 of Title 13, in U. S. certified mail addressed to Defendant, HORTER INVESTMENT MANAGEMENT, LLC, 11726 Saven Gables Road, Cincinnati, OH 45249, # 7018 2290 0000 9915 3253, return receipt requested, properly addressed and postage prepaid; on February 26, 2019, the Citation and Petition were delivered and received by Defendant, Drew Horter, Horter Investment Management, LLC as reflected by the attached return receipt;

That the above and foregoing is true and correct to the best of her knowledge and belief.

_____
Peggy D. McBeth

Sworn to and Subscribed before me this 13th day of March, 2019.

_____
J. DOUGLAS SUNSERI (#19173)
NOTARY PUBLIC

J. DOUGLAS SUNSERI
NOTARY PUBLIC
LA BAR #19173
PARISH OF JEFFERSON
STATE OF LOUISIANA
COMMISSIONED FOR LIFE

Certified True and Correct Copy
CertID: 2019032600103

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
3/26/2019 9:22 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Mar 21, 2019 9:57 AM
Deputy Clerk of Court
C-679191
25

# NICAUD & SUNSERI LAW FIRM, L.L.C.
A Group of Professional Law Corporations
www.nslawla.com
jdsunseri@nslawla.com

**Please Reply To:**
3000 18th Street
Metairie, LA 70002
Telephone (504) 837-1304
Fax (504) 833-2843

7020 Hwy 190 W., Suite A
Covington, LA 70433
Telephone (985) 624-9697
Fax (985) 624-9698

Albert J. Nicaud*
J. Douglas Sunseri
Michelle Demarest Sunseri
(*A Professional Law Corporation)

Svetlana "Lana" Crouch
Jeffery M. Siemssen
Richard J. Wolff
Will C. Griffin

February 15, 2019

Drew Horter
Horter Investment Management, LLC
11726 Seven Gables Road
Cincinnati, OH 45249
**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

RE: *National Pension Corporation, LLC v.*
*Horter Investment Management, LLC*
C-679191 25, 19th Judicial District Court
Parish of East Baton Rouge, LA
Petition for Damages
Our File No.: 1543-19-5252

Dear Mr. Horter:

Enclosed herewith please find true copy of Petition for Damages together with Citation which is hereby served upon you pursuant to LSA-R.S. 13: 3201, the Louisiana Long Arm Statute.

Thank you for your assistance in this matter.

Sincerely,

J. DOUGLAS SUNSERI

JDS:pdm
Enclosures



Certified True and Correct Copy
CertID: 2019032600105
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date:
3/26/2019 9:23 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

# CITATION
(Long Arm LSA R.S. 13:3201 et seq.)

| | |
|---|---|
| **NATIONAL PENSON CORPORATION, LLC** (Plaintiff) | **NUMBER C-679191 25** |
| VS | 19th **JUDICIAL DISTRICT COURT** |
| **HORTER INVESTMENT MANGEMENT, LLC** (Defendant) | **PARISH OF EAST BATON ROUGE** **STATE OF LOUISIANA** |

** VIA LOUISIANA LONG ARM STATUTE LSA R.S. 13:3201 ET SEQ **

TO: HORTER INVESTMENT MANGEMENT, LLC
THROUGH
DREW HORTER

GREETINGS:

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks in accordance with LSA R.S. 13:3201 et seq. OR, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on **FEBRUARY 7, 2019.**

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: SUNSERI, J DOUGLAS
(504) 837-1304

*Also attached are the following documents:
PETITION; VERIFICATION

CITATION-LONG ARM-2006

**Certified True and Correct Copy**
CertID: 2019032600105

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
3/26/2019 9:23 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).